UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO. 07-CV-1645 DSD/SRN

---

Deanna George,

    Plaintiff,

v.         **ORDER**

Bureau of Collection Recovery, Inc, d/b/a BCR, a domestic corporation and Marcel Fields, an individual,

    Defendants.

---

### ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint in its entirety on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

        BY THE COURT

Dated: August 8, 2007       s/David S. Doty
        The Honorable David S. Doty
        Senior Judge of United States District Court